## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JEREMY PAUL and MARTA PAUL,

      Plaintiffs,

v.                                                                                  Civ. No. 23-975 KG/SCY

S.N.Y. RELOCATIONS SYSTEM CO.
and PURPLE HEART,

      Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's March 23, 2026

Proposed Findings And Recommended Disposition ("PFRD"). Doc. 33. In that PFRD, Judge

Yarbrough recommends that the Court dismiss this matter without prejudice. *Id.* at 5-6. Judge

Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to

the PFRD. *Id*. at 6. The parties have not filed any objections to the PFRD, thereby waiving their right

to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057,

1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge

Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1.  The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition

    (Doc. 33); and

2.  This matter is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

          /s/Kenneth J. Gonzales
          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.