## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JEREMY PAUL and
MARTA PAUL,

      Plaintiffs,

    v.                                     Civ. No. 23-975 KG/SCY

S.N.Y. RELOCATIONS SYSTEM CO.,
and PURPLE HEART,

      Defendants.

## FINAL JUDGMENT

Pursuant to Order Adopting Proposed Findings and Recommendation entered concurrently herewith, the Court enters this Final Judgment in accordance with Fed. R. Civ. P. 58(a). This Order resolves all claims against all parties in this action and is a final order. **IT IS HEREBY ORDERED** this action is dismissed without prejudice and without costs except as otherwise ordered.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.